**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

DELSY NOEMI FLORES-MENA,

      Petitioner,

v.                                                                 No. 2:26-cv-01124-MLG-SCY

NINA SISLER, in official capacity, Facility
Administrator of Otero County Correctional
Center; MARY DE ANDA-YBARRA, in
official capacity, Field Office Director of ICE's
El Paso Field Office; TODD M. LYONS,
in official capacity, Acting Director of ICE;
MARKWAYNE MULLIN, in official capacity,
Secretary of the U.S. Department of Homeland
Security; TODD BLANCHE, in official capacity,
Acting Attorney General of the United States,

      Respondents.

**ORDER FOR EXPEDITED RESPONSE TO PETITIONER'S EX PARTE**
**MOTION FOR TEMPORARY RESTRAINING ORDER AND MOTION FOR**
**PRELIMINARY INJUNCTION WITH MEMORANDUM OF LAW IN SUPPORT**

      This matter is before the Court on Petitioner Delsy Noemi Flores Mena's Ex Parte Motion

for Temporary Restraining Order and Motion for Preliminary Injunction with Memorandum of

Law in Support ("Motion for TRO"), Doc. 4, filed April 15, 2026. The United States Attorney's

Office for the District of New Mexico ("USAO") is ordered to respond to the Motion for TRO

within three days.[1] Flores Mena may file a reply within three days of the USAO's response. The

Court will determine whether a hearing is necessary once briefing is complete.[2]

---

[1] The deadlines in this order are to be calculated in accordance with Federal Rule of Civil Procedure
6.

[2] The Court generally does not permit remote appearances. So, all interested counsel must appear
for any hearings in person.

It is so ordered.

_____
UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA