**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

DELSY NOEMI FLORES MENA,

Petitioner,

v. No. 2:26-cv-01124-MLG-SCY

NINA SISLER, in official capacity,
Facility Administrator of Otero County
Correctional Center, et al.,

Respondents.

**JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 58(a), and consistent with the Order Granting Petition for Writ of Habeas Corpus and Directing Respondents to Immediately Release Petitioner (Doc. 11) and the United States' Response to Order to Show Cause (Doc. 13) confirming Petitioner Delsy Noemi Flores-Mena's release previously filed in this matter, the Court issues its separate judgment finally disposing of this civil case. It is ordered that this civil action is dismissed without prejudice.

It is so ordered.

UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA